UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LINDA CONTRERAS and RAQUEL ARCINIEGA** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-00536-O |
| **UNITED HEALTHCARE INSURANCE COMPANY,** | § § § § § § | |
| Defendant. | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS, LINDA CONTRERAS, RAQUEL ACRINIEGA AND DEFENDANT UNITED HEALTHCARE INSURANCE COMPANY**

The Parties, Linda Contreras, Raquel Acriniega, ("Plaintiffs") and United HealthCare Insurance Company ("United") by and through their respective counsel, stipulate that Plaintiffs' claims as to United HealthCare Insurance Company, as stated in its Plaintiffs' First Amended filed on April 19, 2021 in the above action (Doc 6) is dismissed with prejudice.

It is further stipulated that the parties shall each bear their own attorneys' fees and costs, and that the court reserve jurisdiction to enforce the terms of the parties' Confidential General Release and Settlement Agreement dated November 3, 2021.

Houston, Texas submitted on 6th day of January, 2022.

*[Signature Page to Follow]*

- 2 -

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Mark S. Humphreys | /s/ Kyle A. Ferachi |
| Mark S. Humphreys, Esq.<br>Attorney-in-Charge<br>Texas Bar No.: 00789762<br>MARK S. HUMPHREYS, P.C.<br>702 Dalworth Street<br>Grand Prairie, Texas 75050<br>Telephone: (972) 263-3722<br>Primary: texaslaw94@yahoo.com<br>*Attorneys for Plaintiffs* | Kyle A. Ferachi, Esq.<br>Texas Bar No. 24072624<br>HINSHAW & CULBERTSON LLP<br>1980 Post Oak Blvd., Suite 100<br>Houston, Texas 77056<br>Telephone: (346) 344-4500<br>Facsimile: (312) 704-3001<br>Primary: kferachi@hinshawlaw.com<br>*Attorneys for Defendant* |